# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:	Case No. 17-32119-DHW
	Chapter 13
VIVIAN RANDALL
SSAN: XXX-XX-2715

Debtor(s)

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 25, 2017.

2. The debtor(s) §341 Meeting of Creditors was held September 14, 2017.

3. The debtor(s) overall pay record is 100%.

(**X**) The plan is not feasible and payments need to be raised to $520.00 monthly to be feasible.

(**X**) The debtor(s)' plan fails to meet the best interest of creditors test as discussed at the 341.

(**X**) The specified payment for the claim of Ally Financial and Republic Finance is insufficient to pay the claim in five years.

(**X**) Debtor was to amend the schedules to list all collateral pledged to Republic Finance.

(**X**) Debtor was to provide the Trustee with information related to the sale of real property listed on Schedule A, provide a copy of a recent appraisal, or amend the schedules to reflect the tax assessor's value.

(**X**) This case does not appear to be feasible, as Debtor's schedules show that she has insufficient income to fund her plan.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 10, 2017.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/*Audrey L. Willis*
Audrey L. Willis
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: willisa@ch13mdal.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this October 10, 2017.

Copy to: DEBTOR(S)
RICHARD D SHINBAUM

/s/*Audrey L. Willis*
Audrey L. Willis
Staff Attorney